# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

|  |  |  |
|---|---|---|
| ALEX ADAMS, #1181239, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:22-cv-342-JDK-KNM |
| | § | |
| OFFICE OF INSPECTOR GENERAL, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Alex Adams, a Texas Department of Criminal Justice inmate proceeding pro se, brings this civil rights lawsuit under 42 U.S.C. § 1983.  The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

On March 7, 2023, Judge Mitchell issued a Report and Recommendation recommending that the Court dismiss this case without prejudice for want of prosecution and failure to obey a Court order.  Docket No. 13.  Plaintiff filed written objections.  Docket No. 14.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other*

*grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Judge Mitchell ordered Plaintiff to pay an initial partial filing fee of $14.72 on September 21, 2022.  Docket No. 7.  She granted an extension of the time to pay in January 2023.  Docket No. 11.  When Plaintiff failed to pay the initial partial filing fee, Judge Mitchell issued her Report recommending dismissal.  Docket No. 13.  Plaintiff has still failed to pay the initial partial filing fee.

Having conducted a de novo review of the record in this case and the Magistrate Judge's Report, the Court has determined that the Report of the Magistrate Judge is correct, and Plaintiff's objections are without merit.  Accordingly, the Court hereby **ADOPTS** the Report of the Magistrate Judge (Docket No. 13) as the opinion of the District Court.  Plaintiff's claims are **DISMISSED** without prejudice for want of prosecution and failure to obey a Court order.

**Signed this**

**Jun 20, 2023**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE